# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

KENNETH THERRIEN,

    Plaintiff,

v.                                         Case No: 5:16-cv-375-Oc-30PRL

EDUARDO BUSTAMANTE-MUNT,
SHERWIN SCOTT, ROBERT
CAMPBELL, WALTER RAY, JOHN
DOES 1-3 and SHERIFF OF MARION
COUNTY, FLORIDA,

    Defendants.

## ORDER

THIS CAUSE comes before the Court on Defendant Robert Campbell's Second Motion to Dismiss for Insufficient Service of Process and Lack of Personal Service (Doc. 27), and Plaintiff's Response (Doc. 28). On March 27, 2017, a telephonic hearing was held on the Motion during which all Counsel agreed that Defendant Campbell's testimony was unnecessary because an audio recording of his statements will be admitted into evidence. Having considered the Motion, Response, and representations at hearing, it is therefore

ORDERED AND ADJUDGED that:

1. Defendant Robert Campbell's Second Motion to Dismiss for Insufficient Service of Process and Lack of Personal Service (Doc. 27) is GRANTED based on the parties' stipulation that the audio recording of Mr. Campbell's statements will be admitted into evidence.

2. Defendant Robert Campbell is DISMISSED from this action without prejudice.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of March, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

2